No. 90–7963. DePASQUALE v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 90–7965. ROBERTS v. UNITED STATES;
No. 90–8094. LAVIN v. UNITED STATES;
No. 90–8113. DOYHARZABAL v. UNITED STATES;
No. 90–8339. COLLADO v. UNITED STATES;
No. 90–8364. DIAZ LORIGA v. UNITED STATES; and
No. 91–5165. BEALE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 921 F. 2d 1412.

No. 90–7972. MASON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 90–7976. MEIROVITZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7977. CLIFTON v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7983. COOPER ET UX. v. MERRILL LYNCH EQUITY ACCESS INC. App. Ct. Conn. Certiorari denied.

No. 90–7987. PARKER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 90–7988. DOWNS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 90–7994. WRIGHT v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90–7996. COULTER v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 90–7999. HENDRICKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–8000. MARSH v. SKINNER, SECRETARY OF TRANSPORTATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–8002. JACOBS v. DALLMAN, WARDEN. C. A. 6th Cir. Certiorari denied.